# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| CLARK J. HAUETER, | Case No. CV-14-5087-JPH |
| Plaintiff, | ORDER |
| vs. |  |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, |  |
| Defendant. |  |

**BEFORE THE COURT** is defendant's motion for an order of remand pursuant to sentence six of 42 U.S.C. § 405(g). ECF No. 8. The parties have consented to proceed before a magistrate judge. ECF No. 5.

After consideration

**IT IS ORDERED** that the motion, **ECF No. 8, is granted**. The case is remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). This Court shall retain jurisdiction. On remand, the Appeals Council shall order the case remanded to an Administrative Law Judge for a de novo hearing.

ORDER ~ 1

The District Court Executive is directed to file this Order and provide copies to counsel.

DATED this 27th day of October, 2014.

*S/ James P. Hutton*

JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER ~ 2